To Whom It May Concern,    08-29-23

    I, Donovan Curley #89975, would like to file a prisoner complaint against Bernalillo County, the City of Albuquerque and the Metropolitan Detention Center for violating my 1st, 8th, 14th amendments. Will you please send me a 1983 Prison Client Pack to: Donovan Curley #89975 6900 West Millen Dr. Hobbs, New Mexico - 88244.

    Your help in this matter I greatly appreciate.

Respectfully,

Donovan Curley #89975

*Donovan Curley* (signature)

MDC #1001 70080

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 05 2023
MITCHELL R. ELFERS
CLERK

DONOVAN CURLEY
#89975
6900 West Millen Dr.
Hobbs, NM -88244-

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 05 2023

MITCHELL R. ELFERS
CLERK

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.63
08/31/2023 ZIP 88244
043M31244722

United States District Court
Office of the Clerk Suite 270
333 Lomas Blvd. NW
Albuquerque, NM -87102-