IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

_____

DONOVAN CURLEY,

    Plaintiff,

v.

                                      Case No. 2:23-cv-00752-MLG-KK

BERNALILLO COUNTY,
CITY OF ALBUQUERQUE,
METROPOLITAN DETENTION CENTER,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA